

# Summons

EXHIBIT "A"

In the matter of Joseph J. Zajac, III
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): SBSE/South Atlantic Area
Periods: Years ended December 31, 2007, December 31, 2008, and December 31, 2009

## The Commissioner of Internal Revenue

To: Bank of America, N.A.

At: ATTN: Legal Order Processing, 1425 NW 62nd Street, Fort Lauderdale, FL 33309

You are hereby summoned and required to appear before John Clark, Internal Revenue Agent, badge no. 1139002 and/or designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

This summons requires the production of records for any account(s) which Joseph J. Zajac, III XXX-XX-XXXX has signature authority for the period of January 1, 2007 through date of compliance with this summons.
1. Monthly account statements.
2. Copy of deposited items. For checks deposited provide front and back copy of check. For ACH or wire deposits provide documents disclosing source of funds including name of financial institution, account numbers, and routing numbers.
3. Copy of all withdrawals. For checks provide a copy of the cancelled check. For ACH or wire withdrawals provide destination of the funds including financial institution, account numbers, and routing numbers.

If the cost of the copies will exceed $500, please contact me at (941) 378-6410 before processing. Please do not hesitate to call with any other questions about the information requested.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
9450 Koger Blvd #201, SBSE Group 1607, St. Petersburg, FL 33702, 941-378-6410

Place and time for appearance at 9450 Koger Blvd #201, SBSE Group 1607, St. Petersburg, FL 33702

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __15th__ day of __March__, __2012__ at __9__ o'clock __A__ m.
Issued under authority of the Internal Revenue Code this __14th__ day of __February__, __2012__.

Signature of issuing officer — Internal Revenue Agent / Title
Signature of approving officer (if applicable) — Supervisory Internal Revenue Agent / Title

Part C — to be given to noticee



# Summons

In the matter of __Joseph J. Zajac, III__
Internal Revenue Service (Division): __Small Business/Self Employed__
Industry/Area (name or number): __SBSE/South Atlantic Area__
Periods: __Years ended December 31, 2007, December 31, 2008, December 31, 2009__

## The Commissioner of Internal Revenue

To: __Charles Schwab & Co., Inc.__

At: __Office of Corporate Counsel, 101 Montgomery Street, San Francisco, CA 94104__

You are hereby summoned and required to appear before __John Clark, Internal Revenue Agent, badge no. 1139002 and/or designee__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

For the periods specified above, please furnish all books, papers, records, or other data of the above-named individual X(XXXXXXXXXXXXX) accounts (open or closed) whether held jointly or severally, as a trustee or fiduciary, or as a custodian, executor, guardian, or nominee including but not limited to:
1. Records of security transactions including all types of accounts, agreements, contracts, applications for account, signature cards. Records relating to treasury notes or certificates of deposit purchased, cash accounts, ready asset accounts, mutual fund accounts, commodity accounts, margin accounts, or other accounts. 2. Provide copies of checks used to make deposits. If deposits were made via ACH or wire transfer, provide the name of the financial institution and the account number. 2. Records showing the dates, amounts, and purpose of all payments, including records showing a description of the securities transacted, quantity bought or sold, date of transactions, purchase or sales price, and commissions paid. 3. Records of any other payments to the above named individual that show the date, amount, and purpose of the payment, including the checks (front and back) for such payments.
If the cost of copies will exceed $500, please contact me at (941) 378-6410 before processing. Please do not hesitate to call with any other questions about the information requested. Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
9450 Koger Blvd #201, SBSE Group 1607, St. Petersburg, FL 33702, 941-378-6410

Place and time for appearance at __9450 Koger Blvd #201, SBSE Group 1607, St. Petersburg, FL 33702__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __15th__ day of __March__, __2012__ at __9__ o'clock __A__ m.
Issued under authority of the Internal Revenue Code this __14th__ day of __February__, __2012__.

Signature of issuing officer — Internal Revenue Agent / Title
Signature of approving officer (if applicable) — Supervisory Internal Revenue Agent / Title

Part C — to be given to noticee

# Summons

In the matter of Joseph J. Zajac, III
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): SBSE/South Atlantic Area
Periods: Years ended December 31, 2007, December 31, 2008 and December 31, 2009

### The Commissioner of Internal Revenue

To: FIA Card Services, N.A.
At: AZ1-200-20-37, P.O. Box 29961, Phoenix, AZ 85038

You are hereby summoned and required to appear before John Clark, Internal Revenue Agent, badge no. 1139002 and/or designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

This summons requires the production of records for any credit card account(s) or similar credit devices issued to the above named individual (XXXXXXXXXXXXX) for the period of January 1, 2007 through date of compliance with this summons, including but not limited to:

1. Payment history showing amounts, dates, and methods of repayment. Provide copies of checks used to make repayments (front and back). If payments were made via an automatic withdrawal from a financial institution, provide the name of the financial institution and the account number.

If the cost of copies will exceed $500, please contact me at (941) 378-6410 before processing. Please do not hesitate to call with any other questions about the information requested.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
9450 Koger Blvd #201, SBSE Group 1607, St. Petersburg, FL 33702, 941-378-6410

Place and time for appearance at 9450 Koger Blvd #201, SBSE Group 1607, St. Petersburg, FL 33702

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the 15th day of March 2012 at 9 o'clock A m.
Issued under authority of the Internal Revenue Code this 14th day of February, 2012.

Signature of issuing officer — Internal Revenue Agent / Title
Signature of approving officer (if applicable) — Supervisory Internal Revenue Agent / Title

Part C — to be given to noticee