UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH J. ZAJAC, III ,

    Plaintiff,

v.                                        Case No:  2:12-cv-230-Ftm-29SPC

USA,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant United States of America's Unopposed Motion to Re-Designate as a Track One Case (Doc. #21) filed on March 20, 2013. Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendant conferred with the Plaintiff who does not oppose the re-designation.

On May 3, 2012, the Court stayed this matter pending resolution of Zajac's motion for relief in a related proceeding, 2:11-cv-469-FtM-29SPC. (Doc. 10.) After denying Zajac's motion for relief, the Court lifted the stay in this matter on February 6, 2013. (Doc. 11.) Thereafter, the Court designated this matter as a Track Two case. (Doc. 13.)

The Defendant now moves the Court to re-designate this case as a Track One case. As grounds, the Defendant states that pursuant to M.D. Fla. Local Rule 3.05(b)(1)(D), actions to enforce or quash an administrative summons or subpoena are Track One cases. Since this is an action to quash an administrative summons issued by the Internal Revenue Service, good cause exists to re-designated the case as a Track One.

Accordingly, it is now

**ORDERED:**

The Defendant United States of America's Unopposed Motion to Re-Designate as a Track One Case (Doc. #21) is **GRANTED**. The Clerk of the Court is directed to re-designate this case as a **TRACK ONE** case.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of March, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record